UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:19-CR-176 |
| NICHOLAS BRYANT MILLER ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of November 25th thru 29th, December 13th, and December 23rd thru January 3rd, 2020. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 7th day of November, 2019.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia